# EXHIBIT 1



## CORRECTING and REPLACING – TARONIS TECHNOLOGIES, INC. INVESTOR ALERT: Wolf Haldenstein Adler Freeman & Herz LLP announces that it filed a securities class action lawsuit in the United States District Court for the Middle District of Florida against Taronis Technologies, Inc.

**Lead Plaintiff Deadline is June 14, 2019**



f   y   in   G+   p  |  @ Email  |  🖶 Print Friendly  |  ⋖ Share

April 15, 2019 17:02 ET | **Source:** Wolf Haldenstein Adler Freeman & Herz LLP

NEW YORK, April 15, 2019 (GLOBE NEWSWIRE) -- In a release issued under the same headline on April 12, 2019 by Wolf Haldenstein Adler Freeman & Herz LLP, please note that the date for the lead plaintiff deadline has been corrected in the sub-headline and third paragraph of the release, as well as the case number in the first paragraph. The corrected release follows:

**Wolf Haldenstein Adler Freeman & Herz LLP** announces that it has filed a federal class action lawsuit in the United States District Court for the Middle District of Florida on behalf of those investors who acquired **Taronis Technologies, Inc.,** f/k/a MagneGas Applied Technology, ("Taronis" or the "Company") (NASDAQ: TRNX) common stock between January 28, 2019 and February 12, 2019, inclusive (the "Class Period"), against the Company and certain of the Company's executives and officers. This action is captioned *Chad Hatten v. Taronis Technologies, Inc. et al;* 19-cv-00889.

**Investors who purchased Taronis Technologies, Inc. shares and suffered losses are urged to contact the firm immediately at classmember@whafh.com or (800) 575-0735 or (212) 545-4774. You may obtain a copy of the filed complaint and additional information concerning the action on our website, www.whafh.com.**

If you have incurred losses in the shares of Taronis during the Class Period, **you may, no later than June 14, 2019,** request that the Court appoint you lead plaintiff of the proposed class. Please contact **Wolf Haldenstein** to learn more about your rights as an investor in **Taronis Technologies, Inc.**

## Follow the firm and learn about newly filed cases on **Twitter** and **Facebook**. ##

The filed complaint alleges that Defendants made false and/or misleading statements and/or failed to disclose that:

- the Company did not have a contract with the City of San Diego;
- the Company or its management had engaged in a scheme to defraud; and
- that, as a result of the foregoing, the Company's public statements were materially false and misleading at all relevant times.

On January 28, 2019, the Company announced that the City of San Diego (CA) had elected to use its process known as MagneGas as its metal cutting fuel of choice, marking the first major city contract for the adoption of this technology.  On this news, the Company's stock rapidly increased over 25% in the following days, reaching an intraday high of $5.89 per share on January 31, 2019

Following this rapid rise of the Company's stock price, the Company subsequently retracted its prior announcement about the contract with the City of San Diego.

On February 12, 2019, the Company issued a Form 8-K, noting that the *"Company has determined that it is necessary to correct its prior disclosure . . . The Company treats purchase orders as contracts and made its prior disclosure with that treatment in view, however, the Company does not have any formal binding contracts, agreements or long−term purchase commitments with the City of San Diego beyond the existing approval, nor any commitment that any of the Company's products will be purchased as the products of choice for their respective applications."*

On this date, the shares of Taronis closed at $0.92 per share, down 84% from its post-announcement high reached on January 31, 2019.

Plaintiff seeks to recover damages on behalf of all purchasers of Synergy publicly traded securities during the Class Period.  The Plaintiff is represented by **Wolf Haldenstein Adler Freeman & Herz LLP.  Wolf Haldenstein** has extensive experience in the prosecution of securities class actions and derivative litigation in state and federal trial and appellate courts across the country.  The firm has attorneys in various practice areas; and offices in New York, Chicago and San Diego.  The reputation and expertise of this firm in shareholder and other class litigation has been repeatedly recognized by the courts, which have appointed it to major positions in complex securities multi-district and consolidated litigation.

If you wish to discuss this action or have any questions regarding your rights and interests in this case, please immediately contact **Wolf Haldenstein** by telephone at (800) 575-0735, via e-mail at **classmember@whafh.com**, or visit our website at **www.whafh.com.**

Contact:

Wolf Haldenstein Adler Freeman & Herz LLP
Gregory Stone, Director of Case and Financial Analysis
Kevin Cooper. Esq.
Email: **gstone@whafh.com**, **kcooper@whafh.com** or **classmember@whafh.com**
Tel: (800) 575-0735 or (212) 545-4774

Attorney Advertising. Prior results do not guarantee or predict a similar outcome.

---

## Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

## About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.