# EXHIBIT 3

| | | | | | | | | | | | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Taronis Technologies, Inc. Loss Chart** | | | | | | | | | | | |
| **from January 28, 2019 through February 12, 2019** | | | | | | | | | | | |
| **Name** | **Date Purchased** | **Shares** | **Price per share** | **Total** | **Date Sold** | **Shares** | **Price per Share** | **Total** | **Shares Retained** | **Value Retained** | **Total Loss/Gain** | 0.67 |
| Vardan Petrosyan | 2/1/2019 | 5,000 | ($2.97) | ($14,867.00) | | | | | | | | |
| | 2/4/2019 | 6,655 | ($3.04) | ($20,231.20) | | | | | | | | |
| | 2/4/2019 | 200 | ($3.04) | ($607.80) | | | | | | | | |
| | 2/4/2019 | 1,300 | ($3.04) | ($3,951.87) | | | | | | | | |
| | 2/4/2019 | 1,206 | ($3.04) | ($3,666.24) | | | | | | | | |
| | 2/4/2019 | 139 | ($3.03) | ($421.18) | | | | | | | | |
| | 2/6/2019 | 4,500 | ($2.47) | ($11,092.50) | | | | | | | | |
| | 2/11/2019 | 8,209 | ($0.97) | ($7,961.91) | | | | | | | | |
| | 2/11/2019 | 291 | ($0.97) | ($281.54) | | | | | | | | |
| | | 27,500 | | ($63,081.25) | | | | | 27,500 | $18,425.00 | ($44,656.25) | |