**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| CHAD HATTEN, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>TARONIS TECHNOLOGIES, INC., ROBERT L. DINGESS, SCOTT MAHONEY, ERMANNO P. SANTILLI, KEVIN POLLACK, and WILLIAM W. STAUNTON,<br><br>                Defendants. | CASE NO. 8:19-cv-000889 |

**JOINT MOTION FOR TRANSFER OF CASE TO THE DISTRICT OF ARIZONA AND EXTENSION OF PENDING DEADLINES**

Plaintiff Chad Hatten and proposed lead plaintiff movant Kui Zhu ("Plaintiffs") and Defendants Taronis Technologies, Inc. ("Taronis"), Robert  L. Dingess, Scott Mahoney, Ermanno P. Santilli, Kevin Pollack, and William W. Staunton ("Defendants"), pursuant to 28 U.S.C. § 1404, Federal Rule of Civil Procedure 6(b) and Local Rule 3.01(a), respectfully move this Court for an Order (1) extending the time for all Defendants to answer, move, or otherwise respond to Plaintiff's Complaint (ECF No. 1) until after appointment of Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B); and (2) vacating all present deadlines in this action; and (3) transferring the case to the District of Arizona, where Taronis is headquartered and Defendant Mahoney resides.  In support of this joint motion, the parties state as follows:

This action was commenced by the filing of a Class Action Complaint on April 15, 2019. ECF No. 1.  This action is subject to an automatic stay of discovery under the provisions of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and also subject to the

provisions for appointment of a Lead Plaintiff and Lead Plaintiff's counsel of the PSLRA, *see* 15 U.S.C. § 78u-4(a)(3)(B). Pursuant to the PSLRA, June 14, 2019 was the deadline for motions for appointment of Lead Plaintiff and Lead Plaintiff's counsel to be filed. Three motions were filed. *See* Dkt. # 15, 16, 17. As movant Zhu notes in his motion for appointment, "the PSLRA establishes the presumption that the movant 'most capable of adequately representing the interests of class members' is the movant with the 'largest financial interest' in the relief sought by the Class, so long as the movant also satisfies the relevant requirements of an initial Federal Rule of Civil Procedure 23 inquiry." *See* Dkt. # 15, p. 3. Zhu is the movant with the largest financial interest in the relief sought by the putative class, and, thus, is the presumptive Lead Plaintiff. Movant Zhu is represented by the same counsel that filed the initial Complaint in this action. In addition, counsel for plaintiff Hatten and movant Zhu conferred with each of the competing movants' counsel and each has consented to the filing of this motion.

Defendants' counsel has conferred with Plaintiffs' counsel and indicated that Defendants would be moving to transfer the case to the District of Arizona (Phoenix) pursuant to 28 U.S.C. § 1404 because Taronis is headquartered in Arizona and Defendant Mahoney, the CEO of Taronis, is a resident of Arizona. In light of these facts, Plaintiffs' counsel has agreed to transfer the case to the District of Arizona. The parties believe that transfer should occur before a Lead Plaintiff and Lead Counsel are appointed because "[t]he court that will ultimately preside over the litigation should select the lead plaintiff." *Gallagher v. Ocular Therapeutix, Inc.*, No. 17-5011, 2017 WL 4882487 (D.N.J. Oct. 27, 2017) (transferring case without deciding lead plaintiff motions). Thus, the parties request that the Court transfer the case to the District of Arizona as agreed by the parties.

The parties also request that the Court vacate the pending deadlines, including the current deadline of June 24, 2019 for Defendants to respond to the Complaint. Counsel for Plaintiff and Defendants submit that the interests of judicial economy and the administration of justice are best served by extending the time for all Defendants to respond to the Complaint and staying all present deadlines in this action including the need to move for class certification, pending transfer to the District of Arizona.

Neither the parties nor the Court will be prejudiced by the requested extension of time. The parties make this request jointly, and the Court has not yet set trial in this action. No prior request has been made for the relief requested herein.

Accordingly, Plaintiffs and Defendants respectfully request that the Proposed Order attached hereto as Exhibit A be entered and that:

1. This case be transferred to the District of Arizona pursuant to 28 U.S.C. § 1404;

2. All deadlines presently outstanding in this case be vacated;

3. Defendants shall not be required to respond to the Complaint;

4. Responses to the Lead Plaintiff motions, to the extent not already filed in this District, shall be filed in the District of Arizona by June 28, 2019, or within five (5) business days after the case is opened in the District of Arizona, whichever is later;

5. Within five (5) business days after Lead Plaintiff is appointed by the presiding court in the District of Arizona, the appointed Lead Plaintiff and Defendants shall submit a schedule for the filing of an amended complaint and a briefing schedule on Defendants' response to that complaint.

3

Dated:  June 20, 2019                                    Respectfully Submitted,


**KING & SPALDING LLP**                        **TOMCHIN & ODOM, P.A.**

 */s/ Lisa R. Bugni*                                     */s/ Kenneth A. Tomchin*
Lisa R. Bugni                                  Kenneth A. Tomchin, Esq.
Florida Bar No. 0648191                        Florida Bar No. 0724955
101 Second Street, Suite 2300                  Brett P. Abner
San Francisco, CA 94105                        Florida Bar No. 0707996
Tel: (415) 318-1234                            6816 Southpoint Parkway, Suite 400
lbugni@kslaw.com                               Jacksonville, FL 32216
                                               Tel: (904) 353-6888
                                               Fax: (904) 353-0188
*Counsel for Defendants*                       tomchin@tomchinandodom.com
                                               pleadings@tomchinandodom.com


                                               *Local Counsel for Plaintiff*

                                               **WOLF HALDENSTEIN**
                                               **ADLER FREEMAN & HERZ LLP**

                                               Matthew M. Guiney, Esq.
                                               New York Bar No. 4181210
                                               (Admitted *Pro Hac Vice*)
                                               Kevin G. Cooper, Esq.
                                               New York Bar No. 5323506
                                               (Admitted *Pro Hac Vice*)
                                               270 Madison Avenue
                                               New York, NY 10016
                                               Tel: (212) 545-4600
                                               Fax: (212) 686-0114
                                               Guiney@whafh.com
                                               Kcooper@whafh.com

                                               *Counsel for Plaintiffs*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of June, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Lisa R. Bugni
Lisa R. Bugni