**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Chris Falcone, derivatively on behalf of Taronis Technologies, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Robert L. Dingess, Scott Mahoney, Kevin Pollack, William W. Staunton, and Ermanno P. Santilli, <br><br> Defendants, <br><br> and <br><br> Taronis Technologies, Inc., <br><br> Nominal Defendants. | Case No. 2:19-cv-04547-DJH <br><br> FILED IN: Case No. CV-19-04529-PHX-GMS <br><br><br> **[PROPOSED] ORDER TRANSFERRING CASE PURSUANT TO LOCAL RULE 42.1** |

Having considered the Joint Motion to Transfer Case Pursuant to Local Rule 42.1 filed by Defendants Taronis Technologies, Inc., Robert L. Dingess, Scott Mahoney, Ermanno P. Santilli, Kevin Pollack, and William W. Staunton, and Plaintiff Chris Falcone, and good cause to grant the Joint Motion appearing:

IT IS HEREBY ORDERED that the case captioned *Falcone v. Dingess, et al.*, No. 2:19-cv-04547-PHX-DJH (D. Ariz.) is transferred and reassigned to this Court pursuant to Local Rule 42.1.