# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kui Zhu, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Taronis Technologies Incorporated, et al.,<br><br>Defendants. | No. CV-19-04529-PHX-GMS<br><br>**ORDER** |
| Chris Falcone,<br><br>Plaintiff,<br><br>v.<br><br>Robert L. Dingess, et al.,<br><br>Defendants. | No. CV-19-04547-PHX-GMS |

Pending before the Court is a Joint Motion to Transfer Case Pursuant to Local Rule 42.1 filed by the parties in Case No. CV-19-04529-PHX-GMS (Doc. 35). After consideration,

**IT IS HEREBY ORDERED** granting the Joint Motion to Transfer (Doc. 35). Case No. CV-19-4557-PHX-DJH is transferred to this Court. All further pleadings in *Falcone v. Dingess, et al.*, shall be filed as Case No. CV-19-04547-PHX-GMS.

**IT IS FURTHER ORDERED** directing the Clerk of Court to file this Order in both cases.

/ / /

**IT IS FURTHER ORDERED** that the Scheduling Conference currently set for November 22, 2019 is vacated.

**IT IS FURTHER ORDERED** setting a Status Conference in Case No. CV-19-04547-PHX-GMS for **September 26, 2019 at 11:00 a.m.,** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003.

Dated this 5th day of September, 2019.

G. Murray Snow
Chief United States District Judge

- 2 -