**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kui Zhu, et al., | No. CV-19-04529-PHX-GMS |
| Plaintiffs, | **AMENDED ORDER** |
| v. | |
| Taronis Technologies Incorporated, et al., | |
| Defendants. | |
| Chris Falcone, | No. CV-19-04547-PHX-DJH |
| Plaintiff, | |
| v. | |
| Robert L. Dingess, et al., | |
| Defendants. | |

Pending before the Court is a Joint Motion to Transfer Case Pursuant to Local Rule 42.1 filed by the parties in Case No. CV-19-04529-PHX-GMS (Doc. 35).   After consideration,

**IT IS HEREBY ORDERED** granting the Joint Motion to Transfer (Doc. 35).  Case No. CV-19-4547-PHX-DJH is transferred to this Court.  All further pleadings in *Falcone v. Dingess, et al.*,  shall be filed as Case No. CV-19-04547-PHX-GMS.

**IT IS FURTHER ORDERED** directing the Clerk of Court to file this Order in both cases.

/ / /

**IT IS FURTHER ORDERED** that the Scheduling Conference currently set for November 22, 2019 is vacated.

**IT IS FURTHER ORDERED** setting a Status Conference in Case No. CV-19-04547-PHX-GMS for **September 26, 2019 at 11:00 a.m.,** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003.

Dated this 5th day of September, 2019.

G. Murray Snow
Chief United States District Judge