# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Chase Manley, derivatively and on behalf of Taronis Technologies, Inc., f/k/a MagneGas Applied Technology Solutions, Inc., <br><br> Plaintiff, <br> v. <br><br> Scott Mahoney, Robert L. Dingess, Kevin Pollack, Ermanno P. Santilli, and William W. Staunton, <br><br> Defendants, <br><br> and <br><br> Taronis Technologies, Inc., f/k/a MagneGas Applied Technology Solutions, Inc., <br><br> Nominal Defendant. | Case No. CV-19-05233-PHX-DLR <br><br> FILED IN: Case No. CV-19-04529-PHX-GMS <br><br> **[PROPOSED] ORDER TRANSFERRING CASE PURSUANT TO LOCAL RULE 42.1** |

Having considered the Joint Motion to Transfer Case Pursuant to Local Rule 42.1 filed by Nominal Defendant Taronis Technologies, Inc., Defendants Robert L. Dingess, Scott Mahoney, Ermanno P. Santilli, Kevin Pollack, and William W. Staunton, and Plaintiff Chase Manley, and good cause to grant the Joint Motion appearing:

IT IS HEREBY ORDERED that the case captioned *Manley v. Dingess, et al.*, No. CV-19-05233-PHX-DLR (D. Ariz.) is transferred and reassigned to this Court pursuant to Local Rule 42.1.