# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kui Zhu, et al., | No. CV-19-04529-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Taronis Technologies Incorporated, et al., | |
| Defendants. | |
| Chase Manley, | No. CV-19-5233-PHX-DLR |
| Plaintiff, | |
| v. | |
| Scott Mahoney, et al., | |
| Defendants. | |

Pending before the Court is a Joint Motion to Transfer Case Pursuant to Local Rule 42.1 filed by the Plaintiff Chase Manley, Nominal Defendant Taronis Technologies, Inc. and Defendants Robert L. Dingess, Scott Mahoney, Ermanno P. Santilli, Kevin Pollack, and William W. Staunton in Case No. CV-19-4529-PHX-GMS (Doc. 43). After consideration,

**IT IS HEREBY ORDERED** granting the Joint Motion to Transfer (Doc. 43). Case No. CV-19-5233-PHX-DLR is transferred to this Court. All further pleadings in *Manley v. Mahoney, et al.*, shall be filed as Case No. CV-19-05233-PHX-GMS.

///

**IT IS FURTHER ORDERED** directing the Clerk of Court to file this Order in both cases.

Dated this 10th day of October, 2019.

_____
G. Murray Snow
Chief United States District Judge