Laura Sixkiller (State Bar No. 022014)
laura.sixkiller@us.dlapiper.com
**DLA PIPER LLP (US)**
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016
Telephone: (480) 606-5100
Facsimile: (480) 606-5101
dlaphx@us.dlapiper.com

B. Warren Pope (admitted *pro hac vice*)
wpope@kslaw.com
Brian Barnes (admitted *pro hac vice*)
bbarnes@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Lisa Bugni (admitted *pro hac vice*)
lbugni@kslaw.com
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kui Zhu, et al., | Case No. CV-19-04529-PHX-GMS |
| Plaintiffs, | |
| v. | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |
| Taronis Technologies Incorporated, et al., | |
| Defendants. | |

///

///

///

Pursuant to Federal Rule of Evidence 201, Defendants Taronis Technologies, Inc. ("Taronis" or the "Company"), Robert L. Dingess, Scott Mahoney, Ermanno P. Santilli, Kevin Pollack, and William W. Staunton (collectively, "Defendants"), respectfully request that this Court take judicial notice of the following materials filed in support of Defendants' Motion To Dismiss First Amended Class Action Complaint For Violations Of The Federal Securities Laws:

Exhibit 6      Taronis Technologies Inc.'s Historical NASDAQ Official Closing Price ("NOCP") chart from January 2, 2019 through February 28, 2019.

Under Rule 201, the Court "may judicially notice a fact that is not subject to reasonable dispute because it . . . is generally known . . . [or] can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).  Judicial notice is proper because, when ruling on a motion to dismiss a Section 10(b) claim, "courts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007); *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 998 (9th Cir. 2018).  In this case, under this doctrine, the Court can take judicial notice of Taronis's reported stock price history.  *See Metzler Inv. GMBH v. Corinthian Colleges, Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008) (observing it was proper for the district court to judicially notice Company's "reported stock price history and other publicly available financial documents").

This request is further supported by the Declaration of Lisa Bugni ("Bugni Declaration") appended hereto.  As stated in the Bugni Declaration, Exhibits 1–5 and 7–8 filed in support of Defendants' Motion to Dismiss are incorporated by reference in the Amended Complaint.  *See* Bugni Decl.  Therefore, Defendants' respectfully request that this Court take judicial notice of the remaining Exhibit—Exhibit 6.

Dated: October 14, 2019.     *s/ Laura Sixkiller*

Laura Sixkiller (State Bar No. 022014)
laura.sixkiller@us.dlapiper.com
**DLA PIPER LLP (US)**
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016
Telephone:  (480) 606-5100
Facsimile:   (480) 606-5101

B. Warren Pope (admitted *pro hac vice*)
wpope@kslaw.com
Brian Barnes (admitted *pro hac vice*)
bbarnes@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100

Lisa Bugni (admitted *pro hac vice*)
lbugni@kslaw.com
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, California 94105
Telephone:  (415) 318-1200
Facsimile:  (415) 318-1300

*Attorneys for Defendants*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 14, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served electronically through the CM/ECF system to all counsel of record.

_s/Laura Sixkiller_
Laura Sixkiller
