# EXHIBIT 1

Laura Sixkiller (State Bar No. 022014)
laura.sixkiller@us.dlapiper.com
**DLA PIPER LLP (US)**
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016
Telephone:  (480) 606-5100
Facsimile:  (480) 606-5101
dlaphx@us.dlapiper.com

B. Warren Pope (admitted *pro hac vice*)
wpope@kslaw.com
Brian Barnes (admitted *pro hac vice*)
bbarnes@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100

Lisa Bugni (admitted *pro hac vice*)
lbugni@kslaw.com
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, California 94105
Telephone:  (415) 318-1200
Facsimile:  (415) 318-1300

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kui Zhu, et al.,<br><br>      Plaintiffs,<br>     v.<br><br>Taronis Technologies Incorporated, et al.,<br><br>      Defendants. | Case No. CV-19-04529-PHX-GMS<br><br>**DECLARATION OF LISA BUGNI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |

///

///

///

I, Lisa Bugni, hereby declare:

1.      I am an attorney licensed to practice law in the State of California with the law firm of King & Spalding LLP, attorneys of record for Defendants Taronis Technologies, Inc. ("Taronis" or the "Company"), Robert L. Dingess, Scott Mahoney, Ermanno P. Santilli, Kevin Pollack, and William W. Staunton (collectively, the "Individual Defendants" and, together with Taronis, "Defendants"). I am admitted *pro hac vice* in this case.

2.      I make this Declaration in support of Defendants' Request for Judicial Notice and concurrently filed Motion to Dismiss First Amended Class Action Complaint for Violations of the Federal Securities Laws ("Motion to Dismiss").

3.      Listed below are eight (8) Exhibits filed in support of Defendants' Motion to Dismiss. Defendants' Request for Judicial Notice respectfully requests that the Court take judicial notice of Exhibit 6. The remaining Exhibits—Exhibits 1–5 and 7–8—are incorporated by reference in Plaintiff's Amended Complaint ("AC"), as evidenced by the corresponding citations to the Amended Complaint below.

4.      Attached to the Motion to Dismiss are true and correct copies of the following documents cited in Defendants' Motion to Dismiss:

Exhibit 1      MagneGas Corporation's Form 8-K filed with the United States Securities and Exchange Commission on May 11, 2018 (incorporated by reference in AC at ¶¶ 27–28).

Exhibit 2      MagneGas Applied Technology Solutions, Inc.'s Form 8-K filed with the United States Securities and Exchange Commission on November 7, 2018 (incorporated by reference in AC at ¶ 29).

Exhibit 3      MagneGas Applied Technology Solutions, Inc.'s Schedule 14C filed with the United States Securities and Exchange Commission on November 13, 2018 (incorporated by reference in AC at ¶ 30).

Exhibit 4      Taronis Technologies, Inc.'s Business Update Conference Call dated January 31, 2019 (incorporated by reference in AC at ¶¶ 50–52).

Exhibit 5    MagneGas Applied Technology Solutions, Inc.'s Form 8-K filed with the United States Securities and Exchange Commission on January 28, 2019 (incorporated by reference in AC at ¶ 41).

Exhibit 6    Taronis Technologies Inc.'s Historical NASDAQ Official Closing Price ("NOCP") chart from January 2, 2019 through February 28, 2019 (subject to Defendants' Request for Judicial Notice).

Exhibit 7    Taronis Technologies, Inc.'s Form 8-K filed with the United States Securities and Exchange Commission on February 12, 2019 (incorporated by reference in AC at ¶ 76).

Exhibit 8    MagneGas Applied Technology Solutions, Inc.'s Form 8-K filed with the United States Securities and Exchange Commission on January 31, 2019 (incorporated by reference in AC at ¶ 47).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of October, 2019.

*Lisa Bugni /BDB*

Lisa Bugni (admitted *pro hac vice*)
lbugni@kslaw.com
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

*Attorney for Defendants*

3