**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Kui Zhu, et al., | Case No. CV-19-04529-PHX-GMS |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |
| Taronis Technologies Incorporated, et al., | |
| Defendants. | |

The Court having considered Defendants' Request For Judicial Notice In Support Of Defendants' Motion To Dismiss First Amended Class Action Complaint For Violations Of The Federal Securities Laws, and for good cause shown,

IT IS HEREBY ORDERED that the Court grants Defendants' request that the Court consider under the doctrine of judicial notice the following exhibit filed in support of Defendants' Motion to Dismiss First Amended Class Action Complaint for Violations of the Federal Securities Laws:

Exhibit 6    Taronis Technologies Inc.'s Historical NASDAQ Official Closing Price ("NOCP") chart from January 2, 2019 through February 28, 2019.