Laura Sixkiller (State Bar No. 022014)
laura.sixkiller@us.dlapiper.com
**DLA PIPER LLP (US)**
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016
Telephone:  (480) 606-5100
Facsimile:   (480) 606-5101
dlaphx@us.dlapiper.com

*Attorney for Defendants*

Matthew M. Guiney (*pro hac vice*)
guiney@whafh.com
Malcolm T. Brown (*pro hac vice)*
brown@whafh.com
Kevin G. Cooper (*pro hac vice*)
kcooper@whafh.com
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Telephone:  (212) 545-4600
Facsimile:  (212) 686-0114

*Lead Counsel for Lead Plaintiff Kui Zhu and the Proposed Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kui Zhu, et al., | Case No.  CV-19-04529-PHX-GMS |
| Plaintiffs, | |
| v. | **JOINT CONSENT MOTION TO STAY CURRENT DEADLINES PENDING MEDIATION** |
| Taronis Technologies, Inc., et al., | |
| Defendants. | |

///

///

///

///

///

///

Defendants Taronis Technologies, Inc., Robert L. Dingess, Scott Mahoney, Ermanno P. Santilli, Kevin Pollack, and William W. Staunton (collectively, "Defendants"), and Lead Plaintiff Kui Zhu ("Plaintiff," and collectively with Defendants, the "Parties"), hereby submit this Joint Motion to Stay Current Deadlines Pending Mediation and state as follows:

WHEREAS, the Parties have conferred and agreed, in an effort to resolve this dispute, to attend a private, non-binding, confidential mediation;

WHEREAS, the Parties have reached agreement regarding the mediator who will conduct the mediation;

WHEREAS, the mediation is scheduled for August 5, 2020, which is the earliest date the mediation could be scheduled based on the availability of the agreed upon mediator, the parties and their counsel, and the insurance carriers attending the mediation;

WHEREAS, the Parties agree that judicial and party resources would best be served if current case deadlines, including the deadlines set forth in the Court's April 23, 2020 Order Setting Rule 16 Case Management Conference (Dkt. 59), are stayed pending the conclusion of the mediation;

WHEREAS, the Parties further agree and stipulate that should the case not resolve through mediation:

a. The Parties shall notify the Court on or before August 19, 2020 that the case did not resolve through mediation;

b. The Parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and Part C of the Court's Order Setting Rule 16 Case Management Conference (Dkt. 59) on or before August 31, 2020;

c. The Parties shall exchange initial disclosures according to the Federal Rules of Civil Procedure and Part A of the Court's Order Setting Rule 16 Case Management Conference (Dkt. 59) on or before September 11, 2020;

d. The Parties shall jointly file a Case Management Report with the Clerk pursuant to Part B of the Court's Order Setting Rule 16 Case Management Conference (Dkt. 59) on or before September 11, 2020; and

e. The Parties request that, consistent with the above deadlines, the Court reschedule the June 26, 2020 Case Management Conference to September 18, 2020 or any date thereafter that is convenient for the Court.

NOW THEREFORE, the Parties respectfully request that the Court enter the Proposed Order Staying Current Deadlines Pending Mediation attached hereto.

Dated:  May 15, 2020.

*s/ Matthew M. Guiney*
Matthew M. Guiney (*pro hac vice*)
Malcolm T. Brown (*pro hac vice)*
Kevin G. Cooper (*pro hac vice*)
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Tel:  (212) 545-4600
Fax:  (212) 686-0114
guiney@whafh.com
brown@whafh.com
kcooper@whafh.com

*Lead Counsel for Lead Plaintiff Kui Zhu and the Proposed Class*

Michael I. Fistel, Jr.
JOHNSTON FISTEL LLP
40 Powder Springs Street
Marietta, GA 30064
Tel: (470) 632-6000
Fax: (770) 200-3101
michaelf@johnsonfistel.com

*Additional Counsel for Lead Plaintiff Kui Zhu*

*s/ Laura Sixkiller*
Laura Sixkiller (State Bar No. 022014)
laura.sixkiller@us.dlapiper.com
DLA PIPER LLP (US)
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016
Telephone:  (480) 606-5100
Facsimile:   (480) 606-5101

B. Warren Pope (*pro hac vice*)
Brian Barnes (*pro hac vice*)
wpope@kslaw.com
bbarnes@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100

Lisa Bugni (*pro hac vice*)
lbugni@kslaw.com
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, California 94105
Telephone:  (415) 318-1200
Facsimile:  (415) 318-1300

*Attorneys for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 15, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served electronically through the CM/ECF system to all counsel of record.

*s/ Laura Sixkiller*
Laura Sixkiller
