EXHIBIT A-3

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| KUI ZHU, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) No. CV-19-04529-PHX-GMS |
| | ) |
| v. | ) |
| | ) |
| | ) |
| TARONIS TECHNOLOGIES, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**TO:     ALL PERSONS AND ENTITIES THAT PURCHASED OR OTHERWISE ACQUIRED TARONIS TECHNOLOGIES, INC. ("TARONIS") COMMON STOCK DURING THE PERIOD FROM JANUARY 28, 2019 TO FEBRUARY 12, 2019, BOTH DATES INCLUSIVE (THE "CLASS PERIOD").**

**PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**
**YOUR RIGHTS MAY BE AFFECTED BY PROCEEDINGS IN THIS ACTION.**

**YOU ARE HEREBY NOTIFIED,** pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the District of Arizona, that a hearing will be held on _____, 2020, at _____ .m., before Honorable G. Murray Snow at the United States District Court for the District of Arizona, Sandra Day O'Connor U.S. Courthouse, Courtroom 602, 401 West Washington Street, Phoenix, AZ 85003, for the following purposes: (a) to determine whether the proposed Settlement on the terms and conditions provided for in the Stipulation is fair, reasonable, and adequate to the Class, and should be finally approved by the Court; (b) to determine whether, for purposes of the proposed Settlement only, the Action should be certified as a class action on behalf of the Class, Lead Plaintiff should be certified as class representative for the Class, and Lead Counsel should be appointed as class counsel for the Class; (c) to determine whether a Judgment substantially in the form attached as Exhibit B to the Stipulation should be entered dismissing the Action with prejudice against Defendants; (d) to determine whether the proposed Plan of Allocation for the proceeds of the Settlement is fair and reasonable and should be approved; (e) to determine whether the motion by Lead Counsel for an award of attorneys' fees and reimbursement of Litigation Expenses should be approved; and (f) to consider any other matters that may properly be brought before the Court in connection with the Settlement.

If you purchased or acquired Taronis Technologies, Inc. common stock between January 28, 2019 and February 12, 2019, both dates inclusive, your rights may be affected by the Settlement of this Action. If you have not received a Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Notice"), you may obtain copies by contacting the Claims Administrator at: Taronis Technologies, Inc. Securities Litigation, c/o

-2-

Strategic Claims Services, 600 N. Jackson St., Suite 205, P.O. Box 230, Media, PA 19063; Toll-Free: (866) 274-4004; Fax: (610) 565-7985; info@strategicclaims.net.  You may also obtain copies via the Claims Administrator's website, www.strategicclaims.net.

If you are a member of the Class and wish to share in the Settlement money, you must submit a Proof of Claim to the Claims Administrator no later than _____ establishing that you are entitled to recovery.  As further described in the Notice, you will be bound by any judgment entered in the Action, regardless of whether you submit a Proof of Claim, unless you exclude yourself from the Class, in accordance with the procedures set forth in the Notice, by no later than _____.  Any objections to the Settlement, Plan of Allocation, or attorney's fees and expenses must be filed and served, in accordance with the procedures set forth in the Notice, no later than _____.

Inquiries, other than requests for the Notice, may be made to Lead Counsel: Matthew M. Guiney, Wolf Haldenstein Adler Freeman & Herz LLP, 270 Madison Avenue, New York, New York 10016, guiney@whafh.com.

**INQUIRIES <u>SHOULD NOT</u> BE DIRECTED TO THE COURT,
THE CLERK'S OFFICE, THE DEFENDANTS, OR DEFENDANTS' COUNSEL.**

DATED: _____, 2020

BY ORDER OF THE COURT
United States District Court
for the District of Arizona

-2-