Exhibit A-4

**Court-Ordered Legal Notice
Forwarding Service Requested**

Important Notice authorized by
the United States District Court
for the District of Arizona

*This Notice may affect your
legal rights.*

*Please read it carefully.*

*You may be entitled to a
payment.*

Taronis Technologies, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street., Suite 205
Media, PA 19063

PRESORTED
FIRST-CLASS
MAIL U.S.
POSTAGE PAID

[NAME 1]
[NAME 2]
[NAME 3]
[ADDRESS 1]
[ADDRESS 2]

*Zhu v. Taronis Technologies, Inc., et al.*, Case No. CV-19-04529-PHX-GMS
*THIS CARD ONLY PROVIDES LIMITED INFORMATION ABOUT THE SETTLEMENT. PLEASE VISIT*
WWW.STRATEGICCLAIMS.NET *FOR MORE INFORMATION.*

The United States District Court for the District of Arizona (the "Court") has preliminarily approved a proposed Settlement of claims brought against Taronis Technologies, Inc. ("Taronis") Robert L. Dingess, Scott Mahoney, Ermanno P. Santilli, Kevin Pollack and William W. Staunton (collectively, "Defendants"). This proposed Settlement would resolve the lawsuit in which Plaintiffs allege that the Defendants violated federal securities laws by issuing untrue or materially misleading information that artificially inflated the price of Taronis common stock. The Defendants deny any wrongdoing. The Settling Parties disagree on both liability and damages.

You are receiving this Notice because you or someone in your family may have purchased or acquired Taronis common stock during the period from January 28, 2019 through February 12, 2019, both dates inclusive ( "Class Period"), and you may be a member of the Class. If the Settlement is approved, a Settlement Fund of $1,700,000 in cash, less attorneys' fees and expenses, will be used to pay Class Members who submit valid Proof of Claim and Release Forms ("Proof of Claim"). For a full description of the Settlement and your rights and to make a claim, please view the Stipulation and Agreement of Settlement and obtain a copy of the detailed Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Notice") and Proof of Claim by visiting the website: www.strategicclaims.net. You may also request copies of the Notice and Proof of Claim from the Claims Administrator by: (1) mail: Taronis Technologies, Inc. Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063; (2) phone: (866) 274-4004; (3) fax: (610) 565-7985; or (4) email: info@strategicclaims.net.

To be considered for recovery, you must submit a Proof of Claim. *PROOFS OF CLAIM MUST BE SUBMITTED BY _____, 202_, TO THE CLAIMS ADMINISTRATOR AT TARONIS TECHNOLOGIES, INC. SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, 600 N. JACKSON STREET, SUITE 205, P.O. BOX 230, MEDIA, PA 19063, OR ELECTRONICALLY AT WWW.STRATEGICCLAIMS.NET.* If you do not want to be legally bound by the Settlement and want to retain the right to sue the Defendants on your own regarding the legal claims in this case, you must request exclusion by_____, 202_. If you exclude yourself, you will not be eligible for recovery under the Settlement. If you do not like any part of the Settlement and would like to tell the Court why it should not be approved, you must file an objection by _____, 202_. The detailed Notice explains how to exclude yourself or object. *If you do nothing, all of your claims against the Defendants will be released, but you will not receive money from this Settlement.*

The Court will hold a hearing in this case on _____, 202_ at _:_ _.m. at the Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Phoenix, AZ 85003 to consider whether the Settlement is fair, reasonable, and adequate; to hear objections; and to consider Lead Counsel's request for attorneys' fees of up to 30% of the Settlement Fund and expenses. You may attend the hearing and

*Zhu v. Taronis Technologies, Inc., et al.,* Case No. CV-19-04529-PHX-GMS
*THIS CARD ONLY PROVIDES LIMITED INFORMATION ABOUT THE SETTLEMENT. PLEASE VISIT*
WWW.STRATEGICCLAIMS.NET *FOR MORE INFORMATION.*

ask to be heard by the Court, but you do not have to. For more information, contact the Claims Administrator at (866) 274-4004 or visit the website, www.strategicclaims.net.