DocuSign Envelope ID: 91546B95-4BF3-4B94-B22A-18236F6F3EF1

Matthew M. Guiney (admitted *pro hac vice*)
guiney@whafh.com
Malcolm T. Brown (admitted *pro hac vice*)
brown@whafh.com
Kevin G. Cooper (admitted *pro hac vice*)
kcooper@whafh.com
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600

*Lead Counsel for Lead Plaintiff Kui Zhu
and the Proposed Class*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kui Zhu, on behalf himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Taronis Technologies, Inc., et al.,<br><br>Defendants. | No. CV-19-04529-PHX-GMS<br><br>**DECLARATION OF KUI ZHU** |

I, Kui Zhu, hereby declare under penalty of perjury as follows:

1. I submit this declaration to provide the Court with a description of my efforts in pursuit of this action, and to express my support for the proposed Settlement of this action.

2. On June 10, 2019, the Court appointed me as Lead Plaintiff in this action. Throughout the course of the action, I have independently monitored news about Taronis through internet financial sites to keep up to date on the status of the company.

3. I frequently corresponded with counsel throughout the pendency of the action, who kept me up to date on the developments in the case.

4. I provided counsel with records of my trades in Taronis stock, and understood that as the Lead Plaintiff I was obligated to be deposed if necessary and to produce documents in connection with class certification if necessary.

5. I reviewed the initial complaint and subsequent Amended Complaint filed in the action, as well as the briefing and Court's order on the motion to dismiss, and independently followed the action and received copies of documents for review from counsel. When settlement discussions arose, as part of my duty to act in the best interest of the Class, I provided input and direction regarding settlement strategy, and ultimately provided Lead Counsel with settlement authority.

6. I expended a total of approximately 40 hours pursuing the claims in this action.

7. The breakdown of my time spent in this action is as follows:

   a. Monitoring news of Taronis: 10 hours

   b. Reviewing initial and amended complaints, and briefing and order on motion to dismiss:   10 hours.

   c. Communicating and corresponding with counsel regarding the litigation and settlement:  10 hours.

   d. Gathering and producing information to counsel concerning my Taronis investment: 10 hours.

8. My hourly billing rate as a clinical consulting pharmacist is $65 per hour.

9. I fully support the proposed Settlement of this action and believe that it is an excellent result for the Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27\_\_\_ day of January, 2021.



_____
Kui Zhu