# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| KUI ZHU, *et al.*, ) <br><br> Plaintiffs, ) <br><br> v. ) <br><br> TARONIS TECHNOLOGIES, INC., *et al.*, ) <br><br> Defendants. ) | No. CV-19-04529-PHX-GMS |

**SUPPLEMENTAL DECLARATION OF SARAH EVANS CONCERNING**
**(A) MAILING OF THE POSTCARD NOTICE; (B) REQUESTS FOR EXCLUSION**
**SUBMITTED AND (C) OBJECTIONS RECEIVED**

I, Sarah Evans, declare as follows:

1.      I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over seven years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over four hundred twenty-five (425) class action cases since its inception.  I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein.

**UPDATE ON MAILING OF THE POSTCARD NOTICE**

2.      Pursuant to the Preliminary Approval Order, SCS was retained as Claims Administrator to supervise and administer the notice procedure and processing of claims in connection with the Settlement in the above-captioned Action[1].

---

[1] All capitalized terms not otherwise defined herein have the meanings set forth in the Stipulation and Agreement of Settlement, dated as of September 24, 2020 (ECF No. 67-1, the "Stipulation").

1

3.    As noted in the Declaration of Sarah Evans Concerning (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated January 29, 2021 (the "Evans Declaration"), SCS had mailed 9,137 Postcard Notices[2] to potential Class Members or nominees.  Since the Evans Declaration was filed, SCS has mailed an additional 662 Postcard Notices. To date, a total of 9,799 Postcard Notices have been requested by, and mailed to, potential Class Members or nominees.

4.    Additionally, as noted in the Evans Declaration, SCS was notified by one nominee that they emailed 6,799 of their customers to notify them of this settlement and provided direct links to the Long Notice and Claim Form on website, www.strategicclaims.net. SCS has not been notified that any further such emails have been sent since the Evans Declaration was filed.

5.    Out of the 9,799 Postcard Notices mailed, 167 were returned as undeliverable.  Of these, the United States Postal Service provided forwarding addresses for 21, and SCS immediately mailed another Postcard Notice to the potential Class Members at the updated addresses.  The remaining 146 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses; 63 updated addresses were located, and Postcard Notices were re-mailed to the updated addresses.

### UPDATE ON TOLL-FREE PHONE LINE

6.    The Evans Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Class Members to call and obtain information about the Settlement and/or request a Long Notice and Claim Form.  SCS continues to promptly respond to each telephone inquiry and address Class Members' inquiries.

---

[2] To date, out of the 9,799 Postcard Notices mailed, SCS has received 13 requests from the potential Class Members to mail them the Long Notice and Claim Form. Of these 13 requests, 8 were received after the filing of the Evans Declaration.

## UPDATE ON WEBSITE

7. On December 22, 2020, SCS established a page on its website at www.strategicclaims.net. The webpage is accessible 24 hours a day, 7 days a week. The webpage contains the current status; the case deadlines; the online claim filing link; and important documents. To date, the webpage has received 4,921 pageviews from 2,515 unique users.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

8. The Long Notice, the Postcard Notice, the Summary Notice, and the webpage informed potential Class Members that written requests for exclusion were to be mailed to SCS such that they would be received no later than February 12, 2021. SCS has been monitoring all mail delivered for this case. To date, SCS has not received any exclusion requests.

9. According to the Long Notice, the Postcard Notice, Summary Notice, and the webpage, Class Members seeking to object to the Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of Litigation Expenses were required to submit their objection in writing such that the request was received by Lead Counsel and Defendants' Counsel, as well as filed with the Court, no later than February 12, 2021. As of the date of this Declaration, SCS has neither received any objections nor been notified that Lead Counsel has received any objections.

## CLAIM FORM FILING STATUS

10. To date, SCS has received 290 claims. Based on SCS preliminary calculation of estimated Recognized Losses to date, valid claimants will be made whole and will receive a recovery in excess of their Recognized Loss. The Long Notice, the Postcard Notice, Summary Notice, and the webpage informed potential Class Members that the claims filing deadline is February 26, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26th day of February 2021, in Media, Pennsylvania.

_____
Sarah Evans