1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Kui Zhu, et al.,

       Plaintiffs,

v.

Taronis Technologies Incorporated, et al.,

       Defendants.

NO. CV-19-04529-PHX-GMS

**JUDGMENT OF DISMISSAL IN A CIVIL CASE**

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to, and in accordance with, Rule 23(e)(2) of the Federal Rules of Civil Procedure, this Court hereby fully and finally approves the Settlement set forth in the Stipulation in all respects, and finds that the Settlement is, in all respects, fair, reasonable and adequate to the Class. The Action and all of the claims asserted against Defendants in the Action by Lead Plaintiff and the other Class Members are hereby dismissed with prejudice. The Parties shall bear their own costs and expenses, except as otherwise expressly provided in the Stipulation.

The Court hereby finds that the proposed Plan of Allocation is a fair and reasonable method to allocate the Net Settlement Fund among Settlement Class Members, and Plaintiff's Counsel and the Claims Administrator are directed to administer the Plan of Allocation in accordance with its terms and the terms of the Stipulation. Plaintiff's Counsel are hereby awarded $425,000.00, 25% of the Settlement

1  Amount in fees, together with interest thereon, which the Court finds to be fair and

2  reasonable, and $30,303.42 in reimbursement of out-of-pocket expenses. The Lead

3  Plaintiff is hereby awarded $2,600.00, which the Court finds to be fair and reasonable.

4  Defendants and the Released Parties shall have no responsibility for, and no liability

5  whatsoever with respect to, any payments to Class Counsel, Lead Plaintiff, the Settlement

6  Class and/or any other Person who receives payment from the Settlement Fund.

7  Debra D. Lucas
   District Court Executive/Clerk of Court

8

9  March 9, 2021

10  s/ D. Draper
    By   Deputy Clerk

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -